STATEWIDE GRIEVANCE COMMITTEE *v.*
JAMES A. MCGEE, JR.
(AC 24742)

Lavery, C. J., and Flynn and Berdon, Js.

Argued January 6—officially released February 1, 2005

Per Curiam. The judgment is affirmed.

GRETCHEN MUNROE *v.* JOSEPH L. MUNROE
(AC 24850)

Dranginis, Bishop and McLachlan, Js.

Argued January 11—officially released February 1, 2005

Per Curiam. The judgment is affirmed.

EDDIE GILCHRIST *v.* COMMISSIONER OF
CORRECTION
(AC 25158)

Lavery, C. J., and Foti and Schaller, Js.

Argued January 19—officially released February 1, 2005

Per Curiam. The habeas court did not abuse its discretion in denying the petition for certification to appeal.

The appeal is dismissed.